1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | Case No.  CV 16-08108-AB (AJWx) |
|---|---|
| United African-Asian Abilities Club, et al | |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Chateau Woodley-Hart Partners, LLC, et al | |
| Defendants. | |

    THE COURT having been advised that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 8, 2017         _____
                                 ANDRÉ BIROTTE JR.
                                 UNITED STATES DISTRICT JUDGE