# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED AFRICAN-ASIAN ABILITIES CLUB; 011 UAAAC MEMBER | Case No.: 2:16-cv-08108-AB-AJW |
|---|---|
| Plaintiffs | ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY |
| v. | |
| CHATEAU WOODLEY-HART PARTNERS, LLC; GLOBAL INTEGRITY REALTY CORPORATION; and DOES 1 THROUGH 10, Inclusive | [Fed. R. Civ. P. Rule 41(a)(2)] |
| Defendants | |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants CHATEAU WOODLEY-HART PARTNERS, LLC; GLOBAL INTEGRITY REALTY CORPORATION be dismissed with prejudice from Plaintiffs' Complaint and Plaintiffs' Complaint be dismissed with prejudice in its entirety, Case Number 2:16-cv-08108-AB-AJW.

**IT IS SO ORDERED.**

Dated: February 28, 2018

_____
Honorable Judge André Birotte Jr